Washington, D.C. 20530
(202) 305-2461; steven.ward@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.    : | CRIMINAL NO. 21-mj-45 |
| : | |
| **JOSHUA LOLLAR,** : | |
| **Defendant.** : | |

## ORDER

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

ORDERED that good cause exists to extend the time by which the Government must file an information or indictment to March 3, 2021, and to adjourn the Preliminary Hearing in this case from February 12, 2021 to March 3, 2021. *See* Fed. R. Crim. P. 5.1(d). The parties shall appear for a Preliminary Hearing at 11:30 a.m. on March 3, 2021.

ORDERED that the complaint and previous order of detention remain in full force and effect.

ORDERED that the period from February 12, 2021 through March 3, 2021 shall be excluded from computing the time within which an information or indictment must be filed under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(1) & (h)(7).

The Court finds that COVID-19 has presented complications here that make it difficult for defense to meet with his client and prepare, that there is voluminous and evolving discovery, and that delay is necessary for the parties to work on a potential resolution.

      It Is So Ordered.

_____
G. Michael Harvey
United States Magistrate Judge